**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Chris and Mandy Pair, Respondents,

v.

Adrian Demond Bouknight, Drema Hardy, and South Carolina Department of Social Services, Defendants,

Of whom Adrian Demond Bouknight is the Appellant,

and

South Carolina Department of Social Services is the Respondent.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2017-000969

———————————

Appeal From Richland County
George M. McFaddin, Jr., Family Court Judge

———————————

Unpublished Opinion No. 2018-UP-168
Submitted April 2, 2018 – Filed April 13, 2018

———————————

**AFFIRMED**

———————————

Benjamin Reynolds Elliott, of Stevens B. Elliott, Attorney At Law, of Columbia, for Appellant.

Shannon Matthews Chandler, of Law Office of Shannon D. Matthews, LLC, of Columbia, for Respondent South Carolina Department of Social Services.

Michael Scott Rankin, of Rankin Law Firm, of Camden, for Respondents Chris and Mandy Pair.

Angela L. Kohel, of Richland County CASA, of Columbia, for the Guardian ad Litem.

---

**PER CURIAM:**  Adrian Demond Bouknight appeals the family court's final order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2017).  Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Thus, we affirm the family court's ruling and relieve Bouknight's counsel.

**AFFIRMED.**[1]

**HUFF, GEATHERS, and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.